Case No. 2-22-02049

# CERTIFICATE OF SERVICE

I, Gini L. Downing_____(name), certify that service of this summons and a copy of the complaint was made February 4, 2022_____(date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Thomas E. Ross, Sr. Director
Head Law, Corporate Litigation & FDA Compliance
5801 Pelican Bay Blvd. S.
Suite 500
Naples, FL 34108

Kenneth Rosen
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020

Lupin Pharmaceuticals, Inc.
Attn: Sean Moriarty, SVP, Legal
(Americas & EMEA)
111 South Calvert Street, 21st Floor
Baltimore, MD 21202

☒Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Lupin Pharmaceuticals, Inc.
Attn: Vinita Gupta, CEO
111 South Calvert Street
21st Floor
Baltimore, MD 21202

The Corporation Trust Center,
R/A for Lupin Pharmaceuticals Inc.
Corporation Trust Center
1209 Orange St
Wilmington DE 19801

National Registered Agents,
R/A for Lupin Pharmaceuticals Inc.
1209 Orange St
Wilmington DE 19801

     I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

     Under penalty of perjury, I declare that the foregoing is true and correct.

| | | | |
|---|---|---|---|
| Date | February 4, 2022 | Signature | /s/ Gini L. Downing |
| | Print Name: | | Gini L. Downing |
| | | | Pachulski Stang Ziehl & Jones LLP |
| | | | 10100 Santa Monica Blvd. |
| | | | 13th Floor |
| | Business Address: | | Los Angeles, CA 90067 |



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Registered Agents,
R/A for Lupin Pharmaceuticals Inc.
1209 Orange St
Wilmington DE 19801

9590 9402 3367 7227 2900 79

2. Article Number (Transfer from service label)

7017 2400 0000 3985 8213

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

RECEIVED
FEB 0 8 2022
CT CORPORATION

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt